UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Yong Suck Lee

Debtor,

| | |
|---|---|
| Case No.: | 18-11532 |
| Chapter: | 13 |
| Hearing Date: | March 1, 2018 |
| Judge: | Vincent F. Papalia |

**ORDER PARTIALLY VACATING AUTOMATIC STAY**
AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through ___3___ is **ORDERED**.

**DATED: March 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

EMOLO & COLLINI ESQS.
375 Broadway
Paterson, NJ 07501
(973)-742-6463
Attorney I.D. no. 023451986
Our file no. 13173-17JEC
Attorney for Creditors, Newmax Trading Corp., by its President, Sang Uk Pak, ind.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

YONG SUCK LEE

             CHAPTER 13
  Debtor,           CASE # 18-11532 VFP

### ORDER PARTIALLY VACATING AUTOMATIC STAY AND GRANTING RELATED RELIEF

**Upon the motion** of Joseph E. Collini, attorney for creditors, Newmax Trading Corp. by its President San Uk Pak, & Sang Uk Pak, Ind., under Bankruptcy section 362 (a) for relief from the automatic stay and upon good cause shown, it is Ordered as follows:

1. The automatic stay is partially lifted for the sole purpose of allowing the deposition of the creditor, Yong Suck Lee, to be conducted on or before **March 16, 2018** at a convenient location mutually agreed upon by the parties. The deposition shall be conducted pursuant to *New Jersey Court Rules* **4:14-1, 4:14-2, & 4:14-3.**, and Fed. R. Bankr. Proc. 7030 and 2004.*

2. The creditor shall file its complaint objecting to the debtor's dischargeability of its debt pursuant to 11 U.S.C. section 523(a)(2) by **March 31, 2018**.

3. The creditor and debtor shall have until **April 6, 2018** to supplement its moving papers and opposition papers regarding the motion to vacate the automatic stay,

4. The creditor and debtor shall have until **April 13, 2018** to supplement their respective moving and opposition papers regarding the motion to vacate the automatic stay.

5. The matter is set down for a hearing to determine the issues set forth in the creditor's motion to vacate the automatic stay on **April 17, 2018 at 11:00 a.m.**

It is further ordered that the movant shall serve this order on the debtor, any trustee and

*In the event of any conflict or inconsistency between the State Court Rules and Federal Rules cited, the Federal Rules shall govern.

\*\*
any other party who entered an appearance on this motion.

_____
Hon. Vincent F. Papalia, U.S.B.J.

\*\*The Court conducted a hearing on the Debtor's objection to the form of Order submitted by creditor/plaintiff and this Order represents the Court's resolution of that objection.