UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Yong Suck Lee

Debtor,

| | |
|---|---|
| Case No.: | 18-11532 |
| Chapter: | 13 |
| Hearing Date: | March 1, 2018 |
| Judge: | Vincent F. Papalia |

**ORDER PARTIALLY VACATING AUTOMATIC STAY**
AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through ___3___ is **ORDERED**.

**DATED: March 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

EMOLO & COLLINI ESQS.
375 Broadway
Paterson, NJ 07501
(973)-742-6463
Attorney I.D. no. 023451986
Our file no. 13173-17JEC
Attorney for Creditors, Newmax Trading Corp., by its President, Sang Uk Pak, ind.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

YONG SUCK LEE

                                                           CHAPTER 13
      Debtor,                                             CASE # 18-11532 VFP

## ORDER PARTIALLY VACATING AUTOMATIC STAY
### AND GRANTING RELATED RELIEF

**Upon the motion** of Joseph E. Collini, attorney for creditors, Newmax Trading Corp. by its President San Uk Pak, & Sang Uk Pak, Ind., under Bankruptcy section 362 (a) for relief from the automatic stay and upon good cause shown, it is Ordered as follows:

1. The automatic stay is partially lifted for the sole purpose of allowing the deposition of the creditor, Yong Suck Lee, to be conducted on or before **March 16, 2018** at a convenient location mutually agreed upon by the parties. The deposition shall be conducted pursuant to *New Jersey Court Rules* **4:14-1, 4:14-2, & 4:14-3.**, and Fed. R. Bankr. Proc. 7030 and 2004.*

2. The creditor shall file its complaint objecting to the debtor's dischargeability of its debt pursuant to 11 U.S.C. section 523(a)(2) by **March 31, 2018**.

3. The creditor and debtor shall have until **April 6, 2018** to supplement its moving papers and opposition papers regarding the motion to vacate the automatic stay,

4. The creditor and debtor shall have until **April 13, 2018** to supplement their respective moving and opposition papers regarding the motion to vacate the automatic stay.

5. The matter is set down for a hearing to determine the issues set forth in the creditor's motion to vacate the automatic stay on **April 17, 2018 at 11:00 a.m.**

It is further ordered that the movant shall serve this order on the debtor, any trustee and

*In the event of any conflict or inconsistency between the State Court Rules and Federal Rules cited, the Federal Rules shall govern.

\*\*
any other party who entered an appearance on this motion.

_____
Hon. Vincent F. Papalia, U.S.B.J.

```
**The Court conducted a hearing on the Debtor's objection to the
form of Order submitted by creditor/plaintiff and this Order
represents the Court's resolution of that objection.
```

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11532-VFP
Yong Suck Lee                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db            +Yong Suck Lee,   22 McCain Court,   Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net
              Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11