UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
nascondiglio@middlebrooksshapiro.com
Angela Nascondiglio, Esq.
Attorneys for Chapter 13 Debtor,
Yong Suck Lee



**Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**YONG SUCK LEE,**

Chapter 13 Debtor.

Case No. 18-11532 (VFP)

Adv. No.

Hearing Date: May 17, 2018 at 11:00 a.m.
                Also Requested on Shortened Time

Judge: Vincent F. Papalia

**ORDER APPROVING POST-PETITION AUTO LEASE PURSUANT TO 11 U.S.C. §§ 364 AND 105(a), AND FED. R. BANKR. P. 4001(C); AND FOR RELATED RELIEF**

    The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: May 8, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Yong Suck Lee
Case No. 18-11532 (VFP)
Caption of Order: Order Approving Post-Petition Auto Lease Pursuant to 11 U.S.C. §§ 364 and
105(a), and Fed. R. Bankr. P. 4001(c); and for Related Relief
Page 2

_____

Upon consideration of the Debtor's Motion for Order Approving Post-Petition Auto Lease Pursuant
to 11 U.S.C. §§ 364 and 105(a), and Fed. R. Bankr. P. 4001(c); and for Related Relief , and good
cause appearing therefore, it is hereby

**ORDERED,** that the Debtor's Motion shall be and is hereby granted; and it is further,<sup>*</sup>

**ORDERED,** that the Chapter 13 Debtor's lease of the 2018 BMX X2 from Park Ave. Motor Corp.,
as outlined in the Lease Agreement, reflecting payments of $498.00 for thirty six (36) months, is
hereby allowed.


*as set forth herein.