UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
nascondiglio@middlebrooksshapiro.com
Angela Nascondiglio, Esq.
Attorneys for Chapter 13 Debtor,
Yong Suck Lee

In Re:

**YONG SUCK LEE,**

                    Chapter 13 Debtor.

Case No. 18-11532 (VFP)

Adv. No.

Hearing Date: May 17, 2018 at 11:00 a.m.
                    Also Requested on Shortened Time

Judge: Vincent F. Papalia

**Order Filed on May 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER APPROVING POST-PETITION AUTO LEASE PURSUANT TO 11 U.S.C. §§ 364 AND 105(a), AND FED. R. BANKR. P. 4001(C); AND FOR RELATED RELIEF

The relief set forth on the following page, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: May 8, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Yong Suck Lee
Case No. 18-11532 (VFP)
Caption of Order: Order Approving Post-Petition Auto Lease Pursuant to 11 U.S.C. §§ 364 and
105(a), and Fed. R. Bankr. P. 4001(c); and for Related Relief
Page 2

_____

Upon consideration of the Debtor's Motion for Order Approving Post-Petition Auto Lease Pursuant
to 11 U.S.C. §§ 364 and 105(a), and Fed. R. Bankr. P. 4001(c); and for Related Relief , and good
cause appearing therefore, it is hereby

**ORDERED,** that the Debtor's Motion shall be and is hereby granted; and it is further, *

**ORDERED,** that the Chapter 13 Debtor's lease of the 2018 BMX X2 from Park Ave. Motor Corp.,
as outlined in the Lease Agreement, reflecting payments of $498.00 for thirty six (36) months, is
hereby allowed.


*as set forth herein.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-11532-VFP
Yong Suck Lee                                                                                    Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 09, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db             +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
          Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
          Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net
          Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
           melindamiddlebrooks@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11