| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| | Order Filed on May 8, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: YONG SUCK LEE, Debtor. | Case No.: 18-11532 (VFP) Chapter: 13 Hearing Date: May 3, 2018 Judge: Vincent F. Papalia |

**ORDER REGARDING DEBTOR'S MOTION
TO REDUCE CLAIM 1-2 OF
CREDITOR NEWMAX TRADING CORP.
AND GRANTING RELATED RELIEF**

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: May 8, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Case name: | In re Yong Suck Lee |
| Case no.: | 18-11532 (VFP) (Chapter 13) |
| Caption of Order: | Order Regarding Debtor's Motion to Reduce Claim 1-2 of Newmax Trading Corp. and Granting Related Relief |

---

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Motion (the "Motion") filed by Debtor Yong Suck Lee, through Counsel (the "Debtor") to reduce Claim 1-1 in the amount of $202,408 filed on February 2, 2018 and amended Claim 1-2 in the amount of $244,752.62 filed on April 26, 2018 (collectively, the "Claim") by general unsecured creditor Newmax Trading Corp. ("Newmax") (which Claim is based on a Judgment entered in Superior Court of New Jersey, Chancery Division, General Equity Party, Bergen County, Dkt. No. C-145-15) (the "Judgment"), on the grounds (i) that Newmax has received payments against this claim under the confirmed Plan in *In re Yongjin Lee*, Case No. 17-14495 (VFP) (Chapter 13 filed in this Court); (ii) that Newmax is not entitled to certain post-judgment interest; and (iii) that the amount and basis of the Claim were not sufficiently identified or supported;

And Newmax having filed an Objection thereto (Dkt. No. 44); and the Debtor, a Reply (Dkt. No. 60), and it further appearing that Newmax filed adversary proceeding number 18-1121 (VFP) against Debtor on March 8, 2018 to deny discharge or to except this Judgment from discharge under 11 U.S.C. §§ 523(a)(2), (4), or (6)) (the "Adversary Proceeding");

And the Court having considered the parties' submissions; having heard oral argument from Debtor's Counsel only (Counsel for Newmax having failed to appear); and due notice having been given; and for good cause shown; and for the reasons set forth on the record on May 3, 2018, it is

**ORDERED** that Newmax shall within fourteen (14) days of the entry of this Order provide the Debtor a certified statement reflecting the separate elements of its Claim 1-2 in

Case name:         In re Yong Suck Lee
Case no.:          18-11532 (VFP) (Chapter 13)
Caption of Order:  Order Regarding Debtor's Motion to Reduce Claim 1-2 of Newmax
                   Trading Corp. and Granting Related Relief

---

reasonable detail, including (i) the total amount due, with separate identification of any additional amount claimed in excess of the Judgment, such as interest, attorney's fees, punitive damages, and the like; (ii) the basis of the $60,000 increase acknowledged in its Objection from a $184,752.62 adjusted balance to $244,752.62; and (iii) the amount of pre-and post-judgment interest included in the Claim; and it is further

**ORDERED** that issues concerning whether post-judgment interest (and other amounts in excess of the Judgment) are allowed and whether such post-judgment interest (or other amounts due) will be excepted from discharge shall await the outcome of the Adversary Proceeding.

United States Bankruptcy Court
District of New Jersey

In re:  
Yong Suck Lee  
    Debtor

Case No. 18-11532-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 09, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
```
db             +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
```
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci     on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini     on behalf of Plaintiff Sang   Pak emcolaw@optonline.net
              Joseph E Collini     on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini     on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini     on behalf of Creditor Sang   Pak emcolaw@optonline.net
              Joseph M. Shapiro     on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks     on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```