Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−11532−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yong Suck Lee
    aka Robert Lee
    22 McCain Court
    Closter, NJ 07624

Social Security No.:
    xxx−xx−4825

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      12/6/18
Time:      02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

---

APPLICANT(S)
Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
$1,517.50

EXPENSES
$00.00

---

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: November 14, 2018
JAN:

                    Jeanne Naughton
                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11532-VFP
Yong Suck Lee                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2018
                             Form ID: 137              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db         +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304
aty        +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
             Woodland Hills, CA 91364-6207
cr         +JR ARTS AND CRAFTS CO., LTD,    c/o Law Offices of Jae Y. Kim, LLC,    One University Plaza,
             Suite 212,    Hackensack, NJ  07601,    UNITED STATES 07601-6206
517326230  +Bank Of America,    Nc4-105-03-14,    Po Box 25118,    Tampa, FL 33622-5118
517297498  +Bank Of America,    Attn: FL1-300-01-29,    Po Box 25118,    Tampa, FL 33622-5118
517297499  +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517297501  +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517769176  +JR Arts and Crafts Co., LTD,    C/O Law Offices of Yung M. Kim, P.C.,    300 Northern Blvd,
             Suite 300,    Great Neck, NY 11021-4810
517326235  +National Bankruptcy Services.com, LLC,    14841 Dallas Parkway, Suite 300,
             Dallas, TX 75254-7883
517297502  +Newmax Trading Corp.,    c/o Joseph Collini, Esq.,    Emolo & Collini,    375 Broadway,
             Paterson, NJ 07501-2294
517315013  +Newmax Trading Corp.,    c/o Joseph E. Collini, Esq.,    Emolo & Collini, Esqs.,    375 Broadway,
             Paterson, NJ 07501-2294
517514267  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,    Department of Treasury,
             Division of Taxation,   P.O. Box 245,    Trenton, NJ 08695-0245)
517297506  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517781907   Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517322825  +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
             Addison, Texas 75001-9013
517326242  +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 00:10:22      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 00:10:20      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 00:06:01
             BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
517326228  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 00:06:34
             AIS Portfolio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
             Dept. APS,    Oklahoma City, OK 73118-7901
517326229  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 00:06:34
             AIS Portfolio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
             Dept. APS,    Oklahoma City, OK 73118-7901
517363045   E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 15 2018 00:06:37
             BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517297500   E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 15 2018 00:06:01      Bmw Financial Services,
             Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
517311986  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 15 2018 00:06:17
             BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
517326234   E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 00:10:02      Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
517394767   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 00:29:46
             Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517407031   E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2018 00:10:18
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517297503  +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 00:17:17      Syncb/Nautilus,
             Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517297505  +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 00:17:17      Syncb/Sony Financial,
             Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517297504  +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 00:16:58      Syncb/safavieh Home Fu,
             Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517300098  +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 00:06:13      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517326232* ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
            (address filed with court:  Bmw Financial Services,    Attn: Bankruptcy Department,    Po Box 3608,
             Dublin, OH 43016)
517311987* +BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
517326231* +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517326233* +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2018
                                 Form ID: 137              Total Noticed: 31

                    ***** BYPASSED RECIPIENTS (continued) *****
517769196*      +JR Arts and Crafts Co., LTD,    C/O Law Offices of Yung M. Kim, P.C.,    300 Northern Blvd,
                 Suite 300,    Great Neck, NY 11021-4810
517326236*      +Newmax Trading Corp.,    c/o Joseph Collini, Esq.,    Emolo & Collini,    375 Broadway,
                 Paterson, NJ 07501-2294
517326237*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Compliance Activity,
                 PO Box 245,    Trenton, NJ 08695-0245)
517326238*      +Syncb/Nautilus,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517326240*      +Syncb/Sony Financial,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517326239*      +Syncb/safavieh Home Fu,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517326241*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
                                                                            TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
               jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor Sang    Pak emcolaw@optonline.net
              Joseph E Collini    on behalf of Plaintiff Sang    Pak emcolaw@optonline.net
              Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                            TOTAL: 13
```