| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Counsel for Chapter 13 Debtor,<br>Yong Suck Lee | Order Filed on December 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>YONG SUCK LEE,<br><br>Chapter 13 Debtor. | Case No.:   18-11532 (VFP)<br><br>Chapter:     13<br><br>Judge:       Vincent F. Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 18, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____1,517.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,517.50_____ . The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification to the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid a $3,190.00 retainer and expenses of $310.00. Firm seeks payment of supplemental fees and expenses in the total amount of $1,517.50, consisting of $1,517.50 in supplemental fees and reimbursement of expenses in the sum of $0.00 to be paid outside the Chapter 13 plan.  This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Yong Suck Lee  
      Debtor

Case No. 18-11532-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 18, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.  
db            +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com, jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com  
       Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com  
       Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net  
       Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net  
       Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net  
       Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net  
       Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com  
       Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                            TOTAL: 13