LAW OFFICES OF JAE Y. KIM, LLC
One University Plaza, Suite 212
Hackensack, New Jersey 07601
Attorney ID:04451995
Tel: (201) 488-8600
Fax: (201) 488-8633
E-mail: jkim@jyklaw.com
Attorneys for creditor
JR Arts And Crafts Co., LTD

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>YONG SUCK LEE,<br><br>   Debtor. | Case No: 18-11532(VFP)<br><br>Chapter 13<br><br>Hearing Date: Jan. 3, 2019<br>10:00 AM |

**CERTIFICATION IN OPPOSITION TO DEBTOR'S MOTION FOR AN ORDER EXPUNGING PROOF OF CLAIM AND OTHER RELIEF**

I, Jae Y. Kim, hereby certify:

1. I am an attorney at law of the State of New Jersey and represent JR Arts And Crafts Co., LTD ("JR Arts"), a creditor herein.

2. I submit this certification in opposition to the Debtor's Motion For an Order Expunging Proof of Claim and For Other Relief.

3. JR Arts objects to the Debtor's Motion as it is not ripe for adjudication at this time.

*Case No: 18-11532 (VFP)*
CERTIFICATION IN OPPOSITION TO DEBTOR'S MOTION FOR AN ORDER
EXPUNGING PROOF OF CLAIM AND OTHER RELIEF

4. Debtor's Motion to Expunge should be denied pending the conclusion of discovery and based on whether JR Arts files an appropriate Adversary Proceeding in a timely manner.

I certify the foregoing statements made by me are true. I am aware that if any of the statements are willfully false I am subject to punishment.

Dated: December 27, 2018      /s/Jae Y. Kim

Jae Y. Kim, Esq.