| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>YONG SUCK LEE<br><br><br>Debtor. | |

Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-11532 (VFP)

Chapter:    13

Hearing Date: February 28, 2019

Judge:    Vincent F. Papalia

## ORDER DENYING CROSS-MOTION OF JR ARTS AND CRAFTS CO. LTD. TO EXTEND TIME TO FILE A COMPLAINT TO OBJECT TO DISCHARGE OR TO EXCEPT A DEBT FROM DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 1, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Case:       In re Yong Suck Lee
Case No.:   18-11532 (VFP)
Re:         Order Denying Cross-Motion of JR Arts and Crafts Co. Ltd. to Extend Time to File a Complaint to Object to Discharge or to Except a Debt from Discharge

---

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Cross-Motion filed by JR Arts and Crafts Co. Ltd. ("JR Arts") to extend time to file a Complaint to object to discharge or to except a debt from discharge under to Fed. R. Bankr. P. 4004(b)(1) and 4007(c); and the Debtor having filed an objection thereto;

And the Court having heard oral argument on January 17, 2019 and having directed JR Arts to file a supplemental certification by an individual with personal knowledge providing the basis for JR Arts' assertion that it is a creditor of the Debtor or any other basis for the Debtor's asserted liability for the claim of JR Arts; and having established a submission schedule that was, at the Court's request, confirmed in writing by JR Arts [Dkt. No. 100]; and JR Arts having failed to file any further certification or other pleadings in support of its Cross-Motion; and the Debtor having filed a timely reply;

And the Court having considered all papers submitted; and having heard additional oral argument on February 28, 2019; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on February 28, 2019, it is

**ORDERED** that the Cross-Motion of JR Arts and Crafts Co. Ltd. to extend the time to file a Complaint to object to discharge or to except a debt from discharge under Fed. R. Bankr. P. 4004(b)(1) and 4007(c) is **DENIED**.