Order Filed on March 1, 2019
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.: 18-11532 (VFP) |
| YONG SUCK LEE | Chapter: 13 |
| | Hearing Date: February 28, 2019 |
| Debtor. | Judge: Vincent F. Papalia |

## ORDER DENYING CROSS-MOTION OF JR ARTS AND CRAFTS CO. LTD. TO EXTEND TIME TO FILE A COMPLAINT TO OBJECT TO DISCHARGE OR TO EXCEPT A DEBT FROM DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 1, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case:        In re Yong Suck Lee
Case No.:    18-11532 (VFP)
Re:          Order Denying Cross-Motion of JR Arts and Crafts Co. Ltd. to Extend Time to
             File a Complaint to Object to Discharge or to Except a Debt from Discharge

---

This matter is before the United States Bankruptcy Court for the District of New Jersey on the Cross-Motion filed by JR Arts and Crafts Co. Ltd. ("JR Arts") to extend time to file a Complaint to object to discharge or to except a debt from discharge under to Fed. R. Bankr. P. 4004(b)(1) and 4007(c); and the Debtor having filed an objection thereto;

And the Court having heard oral argument on January 17, 2019 and having directed JR Arts to file a supplemental certification by an individual with personal knowledge providing the basis for JR Arts' assertion that it is a creditor of the Debtor or any other basis for the Debtor's asserted liability for the claim of JR Arts; and having established a submission schedule that was, at the Court's request, confirmed in writing by JR Arts [Dkt. No. 100]; and JR Arts having failed to file any further certification or other pleadings in support of its Cross-Motion; and the Debtor having filed a timely reply;

And the Court having considered all papers submitted; and having heard additional oral argument on February 28, 2019; and due notice having been given; and for good cause shown; and for the reasons set forth on the record on February 28, 2019, it is

**ORDERED** that the Cross-Motion of JR Arts and Crafts Co. Ltd. to extend the time to file a Complaint to object to discharge or to except a debt from discharge under Fed. R. Bankr. P. 4004(b)(1) and 4007(c) is **DENIED**.

United States Bankruptcy Court
District of New Jersey

In re:  
Yong Suck Lee  
    Debtor

Case No. 18-11532-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 01, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db         +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com, jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com  
         Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com  
         Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net  
         Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net  
         Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net  
         Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net  
         Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com  
         Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                   TOTAL: 13