| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **MIDDLEBROOKS SHAPIRO, P.C.** |
| 841 Mountain Avenue, First Floor |
| Springfield, New Jersey  07081 |
| (973) 218-6877 |
| Jessica M. Minneci, Esq. |
| *jminneci@middlebrooksshapiro.com* |
| Attorneys for the Chapter 13 Debtor, Yong Suck Lee |

**Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

**YONG SUCK LEE**,

       Chapter 13 Debtor.

Case No.: 18-11532-VFP

Adv. Pro. No.

Judge: Vincent F. Papalia

**ORDER QUASHING RULE 2004 SUBPOENA DIRECTED TO
YONG SUCK LEE ON BEHALF OF DISPUTED CREDITOR JR ARTS
AND CRAFTS CO., LTD AND GRANTING RELATED RELIEF**

    The relief set forth on the following pages, numbered two (2) through two (2), is hereby

**ORDERED.**

**DATED: March 1, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| In re: | Yong Suck Lee |
| Case No. | 18-11532-VFP |
| Caption: | Order Quashing Rule 2004 Subpoena Directed To Yong Suck Lee On Behalf Of Disputed Creditor JR Arts and Crafts Co., LTD and Granting Related Relief |

(Page 2)

**THIS MATTER** having been brought before the Court on behalf of Yong Suck Lee, Chapter 13 Debtor in the above-referenced Chapter 13 proceeding (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Quashing Rule 2004 Subpoena Directed to Yong Suck Lee on Behalf of Disputed Creditor JR Arts and Crafts Co., LTD Pursuant to Fed. R. Bankr. P. 2004, D.N.J. LBR 2004-1(d), Fed. R. Civ. P. 45, Fed. R. Bankr. P. 9016 and 11 U.S.C. §105(a); and for Related Relief (the "Motion"); and the Court having considered the papers filed in connection with the Motion; and the Court having considered the oral arguments of counsel, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED**, that the Motion shall be and is hereby granted in its entirety; and it is further

**ORDERED**, that the Subpoena for Rule 2004 Examination directed to Yong Suck Lee on Behalf of Disputed Creditor JR Arts and Crafts Co., LTD shall be and is hereby quashed.

The entry of this Order is without prejudice to the rights of JR Arts and Crafts Co., LTD to seek discovery from the Debtor in the pending New York State Court action and the rights of the Debtor to oppose such discovery, all in accordance with applicable New York law. The automatic stay does not preclude or prevent the taking of discovery from the Debtor in the New York State Court action. The stay applies only with respect to the actions or proceedings identified in section 362(a) of the Bankruptcy Code, which generally precludes a party from taking any action to recover a pre-filing debt or obligation of the Debtor, unless stay relief is granted. Thus, to the extent JR Arts and Crafts is seeking discovery from the Debtor to assist in its efforts to obtain a recovery from the other defendants in the New York State Court action, the stay is not applicable.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-11532-VFP
Yong Suck Lee                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Mar 01, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db             +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
               jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net
              Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13