| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Angela Nascondiglio, Esq.<br>*nascondiglio@middlebrooksshapiro.com*<br>Attorneys for the Chapter 13 Debtor,<br>Yong Suck Lee |
| In re:<br><br>**YONG SUCK LEE**,<br><br>           Chapter 13 Debtor. |

Order Filed on March 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-11532-VFP

Adv. Pro. No.

Judge: Vincent F. Papalia

# ORDER EXPUNGING PROOF OF CLAIM NO. 9-1 OF JR ARTS AND CRAFTS CO., LTD; AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through two (2), is hereby

**ORDERED.**

**DATED: March 6, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Yong Suck Lee
Case No. 18-11532-VFP
Caption: Order Expunging Proof of Claim No. 9-1 of JR Arts and Crafts Co., LTD; and for Related Relief

(Page 2)

**THIS MATTER** having been brought before the Court on behalf of Yong Suck Lee, Chapter 13 Debtor in the above-referenced Chapter 13 proceeding (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Expunging Proof of Claim No. 9-1 of JR Arts and Crafts Co., LTD; and for Related Relief (the "Motion"); and the Court having considered the papers filed in connection with the Motion; and the Court having considered the oral arguments of counsel, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that Proof of Claim No. 9-1 of JR Arts and Crafts Co., LTD is hereby expunged in its entirety.