| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Angela Nascondiglio, Esq.<br>*nascondiglio@middlebrooksshapiro.com*<br>Attorneys for the Chapter 13 Debtor,<br>Yong Suck Lee | **Order Filed on March 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**YONG SUCK LEE**,<br><br>    Chapter 13 Debtor. | Case No.: 18-11532-VFP<br><br>Adv. Pro. No.<br><br>Judge: Vincent F. Papalia |

**ORDER EXPUNGING PROOF OF CLAIM NO. 9-1 OF JR ARTS AND CRAFTS CO., LTD; AND GRANTING RELATED RELIEF**

  The relief set forth on the following pages, numbered two (2) through two (2), is hereby

**ORDERED.**

**DATED: March 6, 2019**

                     _____
                     **Honorable Vincent F. Papalia
                     United States Bankruptcy Judge**

| | |
|---|---|
| In re: | Yong Suck Lee |
| Case No. | 18-11532-VFP |
| Caption: | Order Expunging Proof of Claim No. 9-1 of JR Arts and Crafts Co., LTD; and for Related Relief |

(Page 2)

**THIS MATTER** having been brought before the Court on behalf of Yong Suck Lee, Chapter 13 Debtor in the above-referenced Chapter 13 proceeding (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Expunging Proof of Claim No. 9-1 of JR Arts and Crafts Co., LTD; and for Related Relief (the "Motion"); and the Court having considered the papers filed in connection with the Motion; and the Court having considered the oral arguments of counsel, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that Proof of Claim No. 9-1 of JR Arts and Crafts Co., LTD is hereby expunged in its entirety.

United States Bankruptcy Court
District of New Jersey

In re:  
Yong Suck Lee  
      Debtor

Case No. 18-11532-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db          +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com, jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
        Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
        Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
        Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
        Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
        Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net
        Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
        Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 13