UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Counsel for Chapter 13 Debtor,
Yong Suck Lee.

Order Filed on April 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

YONG SUCK LEE,

Chapter 13 Debtor.

Case No.:    18-11532 (VFP)

Chapter:    13

Judge:    Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following page is **ORDERED**.

**DATED: April 23, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Middlebrooks Shapiro P.C. _____, the applicant, is allowed a fee of $ _____ 6,895.00 _____ for services rendered and expenses in the amount of $ _____ 86.06 _____ for a total of $ _____ 6,981.06 _____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ ---- _____ per month for _____ ---- _____ months to allow for payment of the above fee.

No modification to the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid a $3,190.00 retainer and expenses of $310.00. Firm seeks payment of supplemental fees and expenses in the total amount of $6,981.06, consisting of $6,895.00 in supplemental fees and reimbursement of expenses in the sum of $86.06 to be paid outside the Chapter 13 plan.  This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 18-11532-VFP
Yong Suck Lee                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 23, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db            +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                            Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jae Y. Kim   on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
           jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
          Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
          Joseph E Collini   on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
          Joseph E Collini   on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini   on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini   on behalf of Creditor Sang  Pak emcolaw@optonline.net
          Joseph M. Shapiro   on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro   on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
           melindamiddlebrooks@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 13