| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Joseph M. Shapiro, Esq.<br>*jshapiro@middlebrooksshapiro.com*<br>Attorneys for the Chapter 13 Debtor,<br>Yong Suck Lee | Order Filed on May 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In re:<br><br>**YONG SUCK LEE**,<br><br>          Chapter 13 Debtor. | Case No.: 18-11532-VFP<br><br>Adv. Pro. No.<br><br>Judge: Vincent F. Papalia |

**ORDER EXPUNGING CLAIM 4-1 OF BMW FINANCIAL SERVICES NA, LLC**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: May 8, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

In re: Yong Suck Lee
Case No. 18-11532-VFP
Caption: Order Expunging Claim 4-1 of BMW Financial Services NA, LLC
(Page 2)

**THIS MATTER** having been brought before the Court on behalf of Yong Suck Lee, Chapter 13 Debtor in the above-referenced Chapter 13 proceeding (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Expunging Proof of Claim No. 4-1 ( "Claim 4-1") of BMW Financial Services NA, LLC ("BMW"); and for Related Relief (the "Motion"); and the Court having considered the papers filed in connection with the Motion; and the Court having considered the oral arguments of counsel, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED**, that the Motion is granted as set forth herein; and it is further

~~**ORDERED**, that Claim No. 4-1 of BMW is hereby reduced to _____; and it is further~~

**ORDERED**, that Claim No. 4-1 of BMW shall not receive distributions under the Debtor's confirmed Chapter 13 plan unless and until, within sixty (60) days of the completion of the underlying lease on September 27, 2019, BMW files a certification with this Court setting forth all amounts, if any, due to BMW by the Debtor under the terms of the lease, supported with proofs (the "BMW Certification"); and it is further

**ORDERED**, that Debtor shall have fourteen (14) days to respond to the BMW Certification; ~~and in the alternative it is further~~

~~**ORDERED**, that Proof of Claim No. 4-1 of BMW Financial Services NA, LLC is hereby expunged in its entirety.~~