| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey  07081<br>(973) 218-6877<br>Joseph M. Shapiro, Esq.<br>*jshapiro@middlebrooksshapiro.com*<br>Attorneys for the Chapter 13 Debtor,<br>Yong Suck Lee |
| In re:<br><br>**YONG SUCK LEE**,<br><br>       Chapter 13 Debtor. |

**Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-11532-VFP

Adv. Pro. No.

Judge: Vincent F. Papalia

**ORDER EXPUNGING CLAIM 4-1 OF BMW FINANCIAL SERVICES NA, LLC**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: May 8, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re: Yong Suck Lee
Case No. 18-11532-VFP
Caption: Order Expunging Claim 4-1 of BMW Financial Services NA, LLC
(Page 2)

**THIS MATTER** having been brought before the Court on behalf of Yong Suck Lee, Chapter 13 Debtor in the above-referenced Chapter 13 proceeding (the "Debtor"), by and through his counsel, Middlebrooks Shapiro, P.C., by way of Motion for Order Expunging Proof of Claim No. 4-1 ( "Claim 4-1") of BMW Financial Services NA, LLC ("BMW"); and for Related Relief (the "Motion"); and the Court having considered the papers filed in connection with the Motion; and the Court having considered the oral arguments of counsel, if any; and for good cause shown,

**IT IS HEREBY**

**ORDERED**, that the Motion is granted as set forth herein; and it is further

~~**ORDERED**, that Claim No. 4-1 of BMW is hereby reduced to _____; and it is further~~

**ORDERED**, that Claim No. 4-1 of BMW shall not receive distributions under the Debtor's confirmed Chapter 13 plan unless and until, within sixty (60) days of the completion of the underlying lease on September 27, 2019, BMW files a certification with this Court setting forth all amounts, if any, due to BMW by the Debtor under the terms of the lease, supported with proofs (the "BMW Certification"); and it is further

**ORDERED**, that Debtor shall have fourteen (14) days to respond to the BMW Certification; ~~and in the alternative it is further~~

~~**ORDERED**, that Proof of Claim No. 4-1 of BMW Financial Services NA, LLC is hereby expunged in its entirety.~~

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11532-VFP
Yong Suck Lee                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 08, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db           +Yong Suck Lee,   22 McCain Court,   Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
               jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net
              Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13