Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11532−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yong Suck Lee
   aka Robert Lee
   22 McCain Court
   Closter, NJ 07624

Social Security No.:
   xxx−xx−4825

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 2/8/18 and a confirmation hearing on such Plan has been scheduled for 3/15/18.

The debtor filed a Modified Plan on 6/11/19 and a confirmation hearing on the Modified Plan is scheduled for 7/18/19 AT 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 11, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11532-VFP
Yong Suck Lee                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 11, 2019
                              Form ID: 186             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db              +Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304
aty             +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
                  Woodland Hills, CA 91364-6207
cr              +JR ARTS AND CRAFTS CO., LTD,    c/o Law Offices of Jae Y. Kim, LLC,    One University Plaza,
                  Suite 212,   Hackensack, NJ 07601,    UNITED STATES 07601-6206
517326230       +Bank Of America,    Nc4-105-03-14,    Po Box 25118,    Tampa, FL 33622-5118
517297498       +Bank Of America,    Attn: FL1-300-01-29,    Po Box 25118,    Tampa, FL 33622-5118
517297499       +Barclays Bank Delaware,     100 S West St,    Wilmington, DE 19801-5015
517297501       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517769176       +JR Arts and Crafts Co., LTD,    C/O Law Offices of Yung M. Kim, P.C.,    300 Northern Blvd,
                  Suite 300,   Great Neck, NY 11021-4810
517326235       +National Bankruptcy Services.com, LLC,     14841 Dallas Parkway, Suite 300,
                  Dallas, TX 75254-7883
517297502       +Newmax Trading Corp.,    c/o Joseph Collini, Esq.,    Emolo & Collini,    375 Broadway,
                  Paterson, NJ 07501-2294
517315013       +Newmax Trading Corp.,    c/o Joseph E. Collini, Esq.,    Emolo & Collini, Esqs.,    375 Broadway,
                  Paterson, NJ 07501-2294
517514267      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517297504       +Syncb/safavieh Home Fu,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517297506      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517781907       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517322825       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
517326242       +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:01
                  BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
517326228       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:47:24
                  AIS Portfilio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
                  Dept. APS,   Oklahoma City, OK 73118-7901
517326229       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:39
                  AIS Portfolio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
                  Dept. APS,   Oklahoma City, OK 73118-7901
517363045        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 11 2019 23:47:29
                  BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
517297500        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 11 2019 23:46:05     Bmw Financial Services,
                  Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
517311986       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:01
                  BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
517326234        E-mail/Text: cio.bncmail@irs.gov Jun 11 2019 23:39:00     Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
517394767        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2019 23:47:24
                  Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517407031        E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2019 23:39:36
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517297503       +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:48     Syncb/Nautilus,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517297505       +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:49     Syncb/Sony Financial,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517300098       +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:49     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517326232*     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                (address filed with court:   Bmw Financial Services,    Attn: Bankruptcy Department,    Po Box 3608,
                  Dublin, OH 43016)
517311987*     +BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
517326231*     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517326233*     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 11, 2019
                              Form ID: 186             Total Noticed: 31


              ***** BYPASSED RECIPIENTS (continued) *****
517769196*       +JR Arts and Crafts Co., LTD,   C/O Law Offices of Yung M. Kim, P.C.,   300 Northern Blvd,
                   Suite 300,    Great Neck, NY 11021-4810
517326236*       +Newmax Trading Corp.,    c/o Joseph Collini, Esq.,   Emolo & Collini,   375 Broadway,
                   Paterson, NJ 07501-2294
517326237*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:    State of New Jersey,    Division of Taxation,   Compliance Activity,
                   PO Box 245,    Trenton, NJ 08695-0245)
517326238*       +Syncb/Nautilus,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517326240*       +Syncb/Sony Financial,    Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326239*       +Syncb/safavieh Home Fu,    Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326241*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:    Toyota Motor Credit Co,    Po Box 8026,   Cedar Rapids, IA 52408)
                                                                                               TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jae Y. Kim     on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
               jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jessica M. Minneci     on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini     on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini     on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini     on behalf of Creditor Sang  Pak emcolaw@optonline.net
              Joseph E Collini     on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
              Joseph M. Shapiro     on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro     on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              Sam  Della Fera    on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14
```