**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

    YONG SUCK LEE,

            Debtor(s)

Case No.:    18-11532 (VFP)

Judge:    Vincent F. Papalia

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      Date:   June 10, 2019

☐ Motions Included      ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___/s/ JMS___      Initial Debtor: ___/s/ YSL___      Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____1,000.00_____ per _____month_____ to the Chapter 13 Trustee, starting on
_____July 1, 2019_____ for approximately _____43_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

   ☒    Future earnings

   ☒    Other sources of funding (describe source, amount and date when funds are available):

   The Debtor anticipates receiving an inheritance In The Matter of The Estate of Young Mi Kim, Deceased.

c.  Use of real property to satisfy plan obligations:

   ☐   Sale of real property
   Description:
   Proposed date for completion: _____

   ☐   Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐   Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ any add'l fees awarded |
| DOMESTIC SUPPORT OBLIGATION | | |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Toyota Motor Credit Co. (lease) | 2017 Lexus GX460 | $48,325.00 | $0.00 - to be surrendered in full satisfaction of any and all claims |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

BMW Financial Services (2015 BMW 535)

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than 100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Internal Revenue Service (IRS) (Proof of Claim 7-2) | Debtor and IRS entered into a pre-petition Offer in Compromise under which the Debtor must file and pay his taxes timely for 5 years following the date of the OIC. | IRS to receive $0.00 through this Chapter 13 Plan under the OIC as long as Debtor remains in compliance with the OIC terms. | $0.00 |
| Newmax Trading Corp. (Amended Proof of Claim 1-2) | Debtor and Newmax entered into a settlement agreement dated May 5, 2019 (Docket No. 120) under which Debtor and Newmax settled Adv. Pro. Case No. 18-01121-VFP pending Court approval. | Newmax to receive $240,000.00 non-dischargeable judgment paid $25,000.00 outside plan, $15,000.00 inside plan, and balance paid via 17-14495-JKS. | $15,000.00 |

## Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Motor Credit Co. | $0.00 | Leased vehicle (2017 Lexus GX460) | Rejected | $0.00 |
| BMW Financial Services | $0.00 | Leased vehicle (2015 BMW 535) | Assumed | $160.00 |

## Part 7:    Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Administrative / Legal Fees and Costs

3) Priority Unsecured Claims

4) Secured Claims

5) General Unsecured Creditors

**d.  Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  02/09/2018 (Docket No. 17)             .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To reflect separate classification of the amended claim of Newmax Trading Corp. pursuant to the terms of the settlement of Adv. Pro. No. 18-01121-VFP, Newmax v. Lee pending Court approval of the same. | Part 1(a) modified to reflect amounts paid and to be paid through Plan; Part 5(b) modified to reflect settlement of Adv. Pro. Case No. 18-01121-VFP and separate classification of portion of $240,000.00 non-dischargeable judgment to be paid through Plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐    Yes    ☒    No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

# Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: June 11, 2019 _____     /s/ Yong Suck Lee _____
                                                Debtor

Date: _____                   _____
                                                Joint Debtor

Date: June 11, 2019 _____     /s/ Joseph M. Shapiro _____
                                                Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 18-11532-VFP
Yong Suck Lee                                                 Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jun 11, 2019
                             Form ID: pdf901       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db            +Yong Suck Lee,    22 McCain Court,   Closter, NJ 07624-2304
aty           +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
               Woodland Hills, CA 91364-6207
cr            +JR ARTS AND CRAFTS CO., LTD,    c/o Law Offices of Jae Y. Kim, LLC,    One University Plaza,
               Suite 212,    Hackensack, NJ 07601,   UNITED STATES 07601-6206
517326230     +Bank Of America,    Nc4-105-03-14,   Po Box 25118,    Tampa, FL 33622-5118
517297498     +Bank Of America,    Attn: FL1-300-01-29,    Po Box 25118,    Tampa, FL 33622-5118
517297499     +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517297501     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517769176     +JR Arts and Crafts Co., LTD,    C/O Law Offices of Yung M. Kim, P.C.,    300 Northern Blvd,
               Suite 300,    Great Neck, NY 11021-4810
517326235     +National Bankruptcy Services.com, LLC,     14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
517297502     +Newmax Trading Corp.,    c/o Joseph Collini, Esq.,    Emolo & Collini,    375 Broadway,
               Paterson, NJ 07501-2294
517315013     +Newmax Trading Corp.,    c/o Joseph E. Collini, Esq.,    Emolo & Collini, Esqs.,   375 Broadway,
               Paterson, NJ 07501-2294
517514267    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
               Division of Taxation,   P.O. Box 245,    Trenton, NJ 08695-0245)
517297504     +Syncb/safavieh Home Fu,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517297506    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517781907      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517322825     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
517326242     +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:39
               BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
517326228     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:39
               AIS Portfilio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
               Dept. APS,   Oklahoma City, OK 73118-7901
517326229     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:40
               AIS Portfolio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
               Dept. APS,   Oklahoma City, OK 73118-7901
517363045      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 11 2019 23:46:43
               BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
517297500      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 11 2019 23:46:04    Bmw Financial Services,
               Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
517311986     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2019 23:46:01
               BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
517326234      E-mail/Text: cio.bncmail@irs.gov Jun 11 2019 23:38:59    Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
517394767      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2019 23:47:29
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517407031      E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2019 23:39:35
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517297503     +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:48    Syncb/Nautilus,
               Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517297505     +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:48    Syncb/Sony Financial,
               Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517300098     +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:48    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517326232*   ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: Bmw Financial Services,    Attn: Bankruptcy Department,    Po Box 3608,
               Dublin, OH 43016)
517311987*   +BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
517326231*   +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517326233*   +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298

District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jun 11, 2019
                             Form ID: pdf901             Total Noticed: 31

                    ***** BYPASSED RECIPIENTS (continued) *****
517769196*       +JR Arts and Crafts Co., LTD,   C/O Law Offices of Yung M. Kim, P.C.,   300 Northern Blvd,
                   Suite 300,   Great Neck, NY 11021-4810
517326236*       +Newmax Trading Corp.,   c/o Joseph Collini, Esq.,   Emolo & Collini,   375 Broadway,
                   Paterson, NJ 07501-2294
517326237*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                   (address filed with court: State of New Jersey,   Division of Taxation,   Compliance Activity,
                   PO Box 245,   Trenton, NJ 08695-0245)
517326238*       +Syncb/Nautilus,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326240*       +Syncb/Sony Financial,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326239*       +Syncb/safavieh Home Fu,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326241*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                   (address filed with court: Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
                                                                            TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
          jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
          Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
          Joseph E Collini    on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini    on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini    on behalf of Creditor Sang    Pak emcolaw@optonline.net
          Joseph E Collini    on behalf of Plaintiff Sang    Pak emcolaw@optonline.net
          Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
          bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
          melindamiddlebrooks@gmail.com
          Sam  Della Fera    on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 14