| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey   07081<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Joseph M. Shapiro, Esq.<br>*jshapiro@middlebrooksshapiro.com*<br>Attorneys for Defendant, Yong Suck Lee | **Order Filed on June 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>**YOUNG SUCK LEE,**<br><br>         Chapter 13 Debtor. | Case No.: 18-11532-VFP<br><br>Hearing Date:  June 20, 2019<br><br>Judge:  Vincent F. Papalia<br><br>Chapter 13 |
| **NEWMAX TRADING CORP.<br>and SANG UK PAK,**<br><br>         Plaintiffs,<br><br>v.<br><br>**YONG SUCK LEE**<br><br>         Defendant. | Adv. Pro. No.:  18-01121-VFP |

**ORDER APPROVING SETTLEMENT OF CONTROVERSY
UNDER FED. R. BANKR. P. 9019 AND D.N.J. LBR 9019-3**

   The relief set forth on the following page, numbered two (2) through two (2), is

**ORDERED.**
**DATED: June 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Yong Suck Lee |
| Case No.: | 18-11532-VFP |
| Adv. Pro.: | Newmax Trading Corp. and Sang Uk Pak v. Yong Suck Lee |
| Adv. Pro. No.: | 18-01121-VFP |
| Caption: | Order Approving Settlement of Controversy under Fed. R. Bankr. P. 9019 and D.N.J. LBR 9019-3 |

(Page 2)

**THIS MATTER** having come before the Court by defendant Yong Suck Lee ("Defendant") by and through his counsel, Middlebrooks Shapiro, P.C. (Joseph M. Shapiro, Esq. appearing) by way of Motion for Order Approving Settlement of Controversy under Fed. R. Bankr. P. 9019 and D.N.J. LBR 9019-3; and for Related Relief (the "Motion"); and the Court having considered the pleadings submitted in connection with the Motion; and Court having heard oral argument on the Motion; and for good cause shown,

**IT IS HEREBY ORDERED**

(1)     Defendant's Motion is hereby granted in its entirety.

(2)     The proposed Settlement by and between Defendant and Plaintiffs, Newmax Trading Corp. and Sang Uk Pak (collectively the "Plaintiffs") is hereby approved under Fed. R. Bankr. P. 9019 and D.N.J. LBR 9019-3.

(3)     Defendant and Plaintiffs are hereby authorized to take all actions deemed reasonable and necessary to implement the terms and conditions of the Settlement and the Consent Order.