UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey   07081
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
*jshapiro@middlebrooksshapiro.com*
Attorneys for Defendant, Yong Suck Lee

In re:

**YOUNG SUCK LEE,**

          Chapter 13 Debtor.

**NEWMAX TRADING CORP.
and SANG UK PAK,**

          Plaintiffs,

v.

**YONG SUCK LEE**

          Defendant.

**Order Filed on June 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-11532-VFP

Hearing Date:  June 20, 2019

Judge:  Vincent F. Papalia

Chapter 13

Adv. Pro. No.:  18-01121-VFP

**ORDER APPROVING SETTLEMENT OF CONTROVERSY
UNDER FED. R. BANKR. P. 9019 AND D.N.J. LBR 9019-3**

      The relief set forth on the following page, numbered two (2) through two (2), is

  **ORDERED.**
 **DATED: June 25, 2019**

_____
  **Honorable Vincent F. Papalia
  United States Bankruptcy Judge**

Debtor:          Yong Suck Lee
Case No.:        18-11532-VFP
Adv. Pro.:       Newmax Trading Corp. and Sang Uk Pak v. Yong Suck Lee
Adv. Pro. No.:   18-01121-VFP
Caption:         Order Approving Settlement of Controversy
                 under Fed. R. Bankr. P. 9019 and D.N.J. LBR 9019-3

(Page 2)

**THIS MATTER** having come before the Court by defendant Yong Suck Lee

("Defendant") by and through his counsel, Middlebrooks Shapiro, P.C. (Joseph M.

Shapiro, Esq. appearing) by way of Motion for Order Approving Settlement of Controversy

under Fed. R. Bankr. P. 9019 and D.N.J. LBR 9019-3; and for Related Relief (the

"Motion"); and the Court having considered the pleadings submitted in connection with

the Motion; and Court having heard oral argument on the Motion; and for good cause

shown,

**IT IS HEREBY ORDERED**

(1)     Defendant's Motion is hereby granted in its entirety.

(2)     The proposed Settlement by and between Defendant and Plaintiffs,

Newmax Trading Corp. and Sang Uk Pak (collectively the "Plaintiffs") is hereby approved

under Fed. R. Bankr. P. 9019 and D.N.J. LBR 9019-3.

(3)     Defendant and Plaintiffs are hereby authorized to take all actions deemed

reasonable and necessary to implement the terms and conditions of the Settlement and the

Consent Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11532-VFP
Yong Suck Lee                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 26, 2019
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db            +Yong Suck Lee,   22 McCain Court,   Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jae Y. Kim   on behalf of Creditor   JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
           jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
          Jessica M. Minneci   on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
          Joseph E Collini   on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
          Joseph E Collini   on behalf of Creditor   Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini   on behalf of Plaintiff   Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini   on behalf of Creditor Sang  Pak emcolaw@optonline.net
          Joseph M. Shapiro   on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro   on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melinda D. Middlebrooks   on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
           melindamiddlebrooks@gmail.com
          Sam  Della Fera   on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 14