UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Counsel for Chapter 13 Debtor,
Yong Suck Lee.

Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

YONG SUCK LEE,

Chapter 13 Debtor.

Case No.:   18-11532 (VFP)

Chapter:    13

Judge:    Vincent F. Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 12, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____11,420.00_____ for services rendered and expenses in the amount of $_____19.28_____ for a total of $_____11,439.28_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_----\_\_\_\_\_ per month for \_\_\_\_\_----\_\_\_\_\_ months to allow for payment of the above fee.

No modification to the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid a $3,190.00 retainer and expenses of $310.00. Firm seeks payment of supplemental fees and expenses in the total amount of $11,439.28, consisting of $11,420.00 in supplemental fees and reimbursement of expenses in the sum of $19.28 to be paid outside the Chapter 13 plan.  This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*