UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Counsel for Chapter 13 Debtor,
Yong Suck Lee.

Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

YONG SUCK LEE,

Chapter 13 Debtor.

Case No.: 18-11532 (VFP)

Chapter: 13

Judge: Vincent F. Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 12, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Middlebrooks Shapiro P.C._____, the applicant, is allowed a fee of $ _____11,420.00_____ for services rendered and expenses in the amount of $_____19.28_____ for a total of $_____11,439.28_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____----_____ per month for _____----_____ months to allow for payment of the above fee.

No modification to the Debtor's Chapter 13 Plan is necessary. Debtor retained firm and paid a $3,190.00 retainer and expenses of $310.00. Firm seeks payment of supplemental fees and expenses in the total amount of $11,439.28, consisting of $11,420.00 in supplemental fees and reimbursement of expenses in the sum of $19.28 to be paid outside the Chapter 13 plan.  This Order survives the dismissal or conversion of the Debtor's Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtor's Chapter 13 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-11532-VFP
Yong Suck Lee                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Aug 13, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
db             +Yong Suck Lee,   22 McCain Court,   Closter, NJ 07624-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com, jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
              Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
              Joseph E Collini    on behalf of Plaintiff Sang  Pak emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor   Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Plaintiff   Newmax Trading Corp emcolaw@optonline.net
              Joseph E Collini    on behalf of Creditor Sang  Pak emcolaw@optonline.net
              Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Sam Della Fera    on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14