| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br>    YONG SUCK LEE |



Order Filed on September 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-11532 VFP

Hearing Date:  7/18/2019

Judge:  VINCENT F. PAPALIA

**Debtor is Entitled To Discharge**

# AMENDED ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: September 30, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.: 18-11532 VFP

Caption of Order:    AMENDED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 6/11/2019, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 2/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $16,200.00 paid into date over 17 month(s), and then

    the sum of $1,000.00 for a period of 43 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that any non-exempt inheritance proceeds to be paid into plan; and it is further

- ORDERED, that Newmax Trading Corp shall be paid $54,592.00 through the Chapter 13 plan.; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.