| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>     YONG SUCK LEE |

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-11532 VFP

Hearing Date:  3/19/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 26, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): YONG SUCK LEE

Case No.: 18-11532

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/19/2020 on notice to MELINDA D. MIDDLEBROOKS, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,080.00 starting on 4/1/2020 for the remaining 34 month(s).