Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−11532−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yong Suck Lee
aka Robert Lee
22 McCain Court
Closter, NJ 07624

Social Security No.:
xxx−xx−4825

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 25, 2019.

On 8/26/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                  October 1, 2020
Time:                   08:30 AM
Location:              Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 27, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-11532-VFP
Yong Suck Lee                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2          Date Rcvd: Aug 27, 2020
                             Form ID: 185            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db              #+Yong Suck Lee,    22 McCain Court,    Closter, NJ 07624-2304
aty              +Dean R. Prober,    Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard, Suite 100,
                   Woodland Hills, CA 91364-6207
cr               +JR ARTS AND CRAFTS CO., LTD,    c/o Law Offices of Jae Y. Kim, LLC,    One University Plaza,
                   Suite 212,    Hackensack, NJ  07601,    UNITED STATES 07601-6206
cr               +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                   Philadelphia, PA 19103-1814
517326230        +Bank Of America,    Nc4-105-03-14,    Po Box 25118,    Tampa, FL 33622-5118
517297498        +Bank Of America,    Attn: FL1-300-01-29,    Po Box 25118,    Tampa, FL 33622-5118
517297499        +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517769176        +JR Arts and Crafts Co., LTD,    C/O Law Offices of Yung M. Kim, P.C.,    300 Northern Blvd,
                   Suite 300,    Great Neck, NY 11021-4810
517326235        +National Bankruptcy Services.com, LLC,    14841 Dallas Parkway, Suite 300,
                   Dallas, TX 75254-7883
517297502        +Newmax Trading Corp.,    c/o Joseph Collini, Esq.,    Emolo & Collini,    375 Broadway,
                   Paterson, NJ 07501-2294
517315013        +Newmax Trading Corp.,    c/o Joseph E. Collini, Esq.,    Emolo & Collini, Esqs.,    375 Broadway,
                   Paterson, NJ 07501-2294
517514267       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,    Department of Treasury,
                   Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517297504        +Syncb/safavieh Home Fu,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517297506       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
517781907         Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517322825        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013
517326242        +Toyota Motor Credit Corporation,    P.O. Box 9013,    Addison, TX 75001-9013
518774300         Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                   MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr               +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2020 00:14:59
                   BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave,
                   Oklahoma City, OK 73118-7901
517326228        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2020 00:13:27
                   AIS Portfilio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
                   Dept. APS,    Oklahoma City, OK 73118-7901
517326229        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2020 00:15:00
                   AIS Portfolio Services, LP,    Attn: BMW Financial Services NA LLC Dept,    4515 N Santa Fe Ave.,
                   Dept. APS,    Oklahoma City, OK 73118-7901
517363045         E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 28 2020 00:14:18
                   BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517297500         E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 28 2020 00:15:07      Bmw Financial Services,
                   Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
517311986        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 28 2020 00:13:26
                   BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
517326234         E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 00:08:05      Internal Revenue Service,
                   PO Box 7346,    Philadelphia, PA 19101-7346
517297501         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 28 2020 00:14:55      Chase Card Services,
                   Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
517394767         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2020 00:15:11
                   Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517407031         E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2020 00:08:25
                   Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517297503        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:05      Syncb/Nautilus,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517297505        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:05      Syncb/Sony Financial,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517300098        +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:14:54      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                            TOTAL: 15

District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Aug 27, 2020
                             Form ID: 185               Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517326232*    ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
               (address filed with court:  Bmw Financial Services,   Attn: Bankruptcy Department,   Po Box 3608,
               Dublin, OH 43016)
517311987*    +BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
517326231*    +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
517326233*    ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court:  Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850)
517769196*    +JR Arts and Crafts Co., LTD,   C/O Law Offices of Yung M. Kim, P.C.,   300 Northern Blvd,
               Suite 300,   Great Neck, NY 11021-4810
517326236*    +Newmax Trading Corp.,   c/o Joseph Collini, Esq.,   Emolo & Collini,   375 Broadway,
               Paterson, NJ 07501-2294
517326237*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Division of Taxation,   Compliance Activity,
               PO Box 245,   Trenton, NJ 08695-0245)
517326238*    +Syncb/Nautilus,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326240*    +Syncb/Sony Financial,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326239*    +Syncb/safavieh Home Fu,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517326241*    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
                                                                      TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jae Y. Kim    on behalf of Creditor    JR ARTS AND CRAFTS CO., LTD jkim@jyklaw.com,
           jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
          Jessica M. Minneci    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com
          Joseph E Collini   on behalf of Creditor    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini   on behalf of Plaintiff    Newmax Trading Corp emcolaw@optonline.net
          Joseph E Collini   on behalf of Creditor Sang   Pak emcolaw@optonline.net
          Joseph E Collini   on behalf of Plaintiff Sang   Pak emcolaw@optonline.net
          Joseph M. Shapiro    on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melinda D. Middlebrooks    on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com,
           melindamiddlebrooks@gmail.com
          Robert Davidow   on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Sam Della Fera   on behalf of Mediator Sam  Della Fera sdellafera@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 15