UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on October 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  YONG SUCK LEE

Case No.:  18-11532 VFP

Hearing Date:  10/1/2020

Judge:  VINCENT F. PAPALIA

Debtor is Entitled To Discharge

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: October 2, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 18-11532 VFP

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/26/2020, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 2/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $30,600.00 paid into date over 31 month(s), and then

    the sum of $1,080.00 for a period of 29 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-11532-VFP

Yong Suck Lee  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

**Recip ID     Recipient Name and Address**
db                   #+ Yong Suck Lee, 22 McCain Court, Closter, NJ 07624-2304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                                         Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

**Name                      Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jae Y. Kim
    on behalf of Creditor JR ARTS AND CRAFTS CO. LTD jkim@jyklaw.com, jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com

Jessica M. Minneci
    on behalf of Debtor Yong Suck Lee jminneci@middlebrooksshapiro.com

Joseph E Collini
    on behalf of Plaintiff Sang Pak emcolaw@optonline.net

Joseph E Collini

| | |
|---|---|
| Joseph E Collini | on behalf of Creditor Newmax Trading Corp emcolaw@optonline.net |
| Joseph E Collini | on behalf of Plaintiff Newmax Trading Corp emcolaw@optonline.net |
| Joseph E Collini | on behalf of Creditor Sang Pak emcolaw@optonline.net |
| Joseph M. Shapiro | on behalf of Debtor Yong Suck Lee jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Defendant Yong Suck Lee jshapiro@middlebrooksshapiro.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Yong Suck Lee middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Robert Davidow | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| Sam Della Fera | on behalf of Mediator Sam Della Fera sdellafera@msbnj.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15